UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



CLARENCE MAYS (#95657)

VERSUS

PERRY STAGG, ET AL

CIVIL ACTION

NO. 08-599-C

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated August 13, 2009. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the defendants' Motion to Dismiss (rec.doc. 9) will be granted dismissing the plaintiff's claims, with prejudice, and this action will be dismissed.

Baton Rouge, Louisiana, September 29, 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA